UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN JIA,<br>　　　　Plaintiff,<br>　v.<br>WEEE! INC.,<br>　　　　Defendant. | Case No. 23-cv-02314-DMR<br><br>**ORDER TO SHOW CAUSE** |

Defendant Weee! Inc. filed a motion to dismiss on August 28, 2023. [Docket No. 18.] Pursuant to Civil Local Rule 7-3(a), any brief in opposition to Defendant's motion was due on September 11, 2023, but no such opposition has been received. <u>Plaintiff Helen Jia is ordered to respond by September 21, 2023 and show cause for the failure to respond</u> to the motion in accordance with Civil Local Rule 7-3(a) or alternatively to file a statement of nonopposition to the motion as required by Civil Local Rule 7-3(b). This order to show cause does not constitute permission to file a late opposition. The hearing on October 12, 2023 is VACATED. A new hearing shall be noticed by the court if necessary. If Plaintiff does not respond by September 21, 2023, Defendant's motion may be granted or the case may be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: September 13, 2023



Donna M. Ryu
Chief Magistrate Judge