JUSTIN D. KNIGHT (SBN: 308510)
Jknight@grsm.com
JOHN T. MILLS (*pro hac vice*)
Jtmills@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 875-3126
Facsimile: (415) 986-8054

Attorneys for Defendant
WEEE! INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN JIA, TINGTING DING, and XIAOFANG MEI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WEEE! INC. and Does 1-100,<br><br>Defendants. | CASE NO. 4:23-cv-02314-DMR<br><br>**JOINT STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ORDER (AS MODIFIED)** |

The parties hereto, Plaintiffs HELEN JIA, TINGTING DING, and XIAOFANG MEI, on behalf of themselves and all others similarly situated ("Plaintiffs") and Defendant WEEE! INC. ("Defendant"), by and through their respective counsel of record, hereby stipulate as follows:

**WHEREAS**, the Court has set a hearing on Defendant's motion to dismiss for November 30, 2023 at 1:00 pm;

**WHEREAS**, the Case Management Conference in this matter is presently scheduled for October 12, 2023, and was previously continued to coincide with the hearing on Defendant's motion to dismiss (ECF No. 19);

**WHEREAS**, Plaintiffs have provided a draft case management conference statement to Defendant on September 26, 2023, but do not oppose a continuance of the Case Management Conference to coincide with the hearing on Defendant's motion to dismiss.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiffs and Defendant, through their respective counsel, and subject to approval of the Court, that the Initial Case Management Conference presently scheduled for October 12, 2023 shall be continued to November 30, 2023 at 1:00 pm, which is the same date and time as the hearing on Defendant's motion to dismiss.

**IT IS SO STIPULATED.**

Dated: September 28, 2023          GORDON REES SCULLY MANSUKHANI, LLP

*/s/ John Mills*
Justin D. Knight
John T. Mills (*pro hac vice*)
*Attorneys for Defendant WEEE! Inc.*

Dated: September 28, 2023          LINDEMANN LAW FIRM, APC

*/s/ Blake Lindemann*
Blake J. Lindemann
Donna R. Diskbak
*Attorneys for Plaintiffs and the Proposed Classes*

**ORDER**

Based on the stipulation of Plaintiffs HELEN JIA, TINGTING DING and XIAOFANG MEI, on behalf of themselves and all others similarly situated and Defendant WEEE! INC., and good cause appearing, it is hereby ORDERED that the Initial Case Management Conference presently scheduled for October 12, 2023 shall be vacated and rescheduled to November 30, 2023 at 1:00 p.m. in Oakland, by Videoconference (might be changed to in-person by court) to coincide with the hearing on Defendant's motion to dismiss.  Parties shall file a joint case management conference statement by November 24, 2023.  All counsel and parties may access the webinar information (public hearings) at **https://cand.uscourts.gov/judges/ryu-donna-m-dmr/.**

IT IS SO ORDERED AS MODIFIED.

Dated:  September 29, 2023



_____
HONORABLE JUDGE DONNA M. RYU
CHIEF MAGISTRATE JUDGE